**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**WALTER GLENN CARTER**                                                    **PLAINTIFF**
*ADC #105961*

**v.**                                    **No: 2:24-cv-00189-JM-PSH**

**TRACY BENNETT,** *et al.*                                               **DEFENDANTS**

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 51).  No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the ADC Defendants' motion for summary judgment (Doc. No. 30) is granted.  Carter's claims against Warden Jackson and Deputy Director Culclager are dismissed without prejudice for failure to exhaust available administrative remedies.

DATED this 20th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE